William L. Veen, Esq., S.B. # 043150
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Tel: (415) 673-4800
Fax: (415) 771-5845
w.veen@veenfirm.com

Robert B. Abel, Jr. Esq. S.B. # 141405
LAW OFFICES OF ROBERT B. ABEL, JR.
The Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, CA 94104
Tel: (415) 461-5400
Fax: (415) 439-8853
info@abellaw.net

Attorneys for Plaintiffs RUTHELLEN HARRIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF ROBERT JEAN HARRIS, HEATHER HARRIS, JAMIE HARRIS AND GREG HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHELLEN HARRIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF ROBERT JEAN HARRIS, HEATHER HARRIS, JAMIE HARRIS AND GREG HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, WAREHOUSE DEMO SERVICES, INC., CARGILL MEAT SOLUTIONS CORPORATION, FRESH CHOICE INTERNATIONAL, LLC and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: C 10-04626 CW<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:        March 17, 2011<br>Time:       2:00 P.M.<br>Courtroom:  2 (4th Floor)<br>Honorable Claudia Wilken |

//

//

//

[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

- 1 -

On March 14, 2011, Plaintiffs Ruthellen Harris, individually and as personal representative of Robert Jean Harris, Heather Harris, Jamie Harris and Greg Harris ("Plaintiffs") submitted Plaintiffs' Notice of Motion and Motion for Leave to File First Amended Complaint ("Motion"). Attached to the Motion as Exhibit 1 was Plaintiff's First Amended Complaint. Plaintiffs' First Amended Complaint adds the defendant Quantum Foods, LLC ("Quantum"). There are no other changes in the First Amended Complaint. The causes of actions and allegations remain the same.

Attached to the Motion as Exhibit 2 was the Stipulation to File First Amended Complaint ("Stipulation"). The previously-named defendants Costco Wholesale Corporation, Warehouse Demo Services, Inc., Cargill Meat Solutions Corporation, and Fresh Choice International, LLC ("Previously-Named Defendants") have stipulated to the joinder of Quantum in this matter. The Stipulation is executed by all Previously-Named Defendants in this matter.

No undue delay, bad faith or dilatory motive is evident on the part of Plaintiffs in regard to the Motion, and the amendment is not futile. There also is no undue prejudice to new defendant Quantum or the Previously-Named Defendants.

For these reasons, Plaintiffs' Motion for Leave to File Amended Complaint is **GRANTED** and **Plaintiffs' Amended Complaint attached to the Motion as Exhibit 1 is deemed filed**.

The Rules provide at Federal Rules of Civil Procedure, Rule 15 (a) (3) that defendant Quantum Foods, LLC shall have fourteen (14) days from the date the First Amended Complaint is served to file its answer. The amendment is not likely to affect Previously-Named Defendants' Answers previously filed in this matter. In the event that Previously-Named Defendants elect to file an Answer to the First Amended Complaint, they are bound by the requirements of F.R.C.P., Rule 15 (a) (3) that the answer must be filed within fourteen days of the date the First Amended Complaint is served. If the Previously-Named Defendants choose not to do so, their respective Answers already filed will be deemed their Answer to the First Amended Complaint.

//

Dated: 4/26/2011        By: _____

    Honorable Claudia Wilken
    District Court Judge

[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

  I certify that on March 14, 2011, the attached [Proposed] Order Granting Leave to File First Amended Complaint was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system, including counsel listed below. Parties may access this filing through the Court's system.

| | |
|---|---|
| Thomas C. Crosby<br>Amy M. Kimmel<br>CROSBY & ROWELL LLP<br>The American Bag Building<br>299 Third Street, 2nd Floor<br>Oakland, CA 94607<br>Tel: (510) 267-0300<br>Fax: (510) 839-6610<br>Attorneys for Defendant<br>COSTCO WHOLESALE CORPORATION | Christopher J. Nevis<br>Jane A. Corning<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Tel: (415) 362-2580<br>Fax: (415) 434-0882<br>Attorneys for Defendant<br>CARGILL MEAT SOLUTIONS CORPORATION |
| James F. Waite<br>LAW OFFICES OF JEFFREY F. PACCASSI<br>555 Mission Street, Suite 320<br>San Francisco, CA 94105<br>Tel: (415) 932-7223<br>Fax: (415) 932-7260<br>James.waite@cna.com<br>Attorney for Defendant<br>WAREHOUSE DEMO SERVICES, INC. | Steven Winick<br>SHEPPARD, MULLIN, ET AL.<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Tel: (415) 434-9100<br>Fax: (415) 434-3947<br>shwinick@sheppardmullin.com<br>Attorney for Defendant<br>FRESH CHOICE INTERNATIONAL, LLC |
| Jerrie Hayes<br>WENDLAND UTZ, LTD.<br>21 First Street SW, Suite 300<br>Rochester, MN 55902<br>Tel: (507) 288-5440<br>Fax: (507) 281-8288<br>jerrie@wendlaw.com<br>Co-Counsel for Defendant<br>FRESH CHOICE INTERNATIONAL, LLC | William L. Veen<br>THE VEEN FIRM, P.C.<br>711 Van Ness Avenue, Suite 220<br>San Francisco, CA 94102<br>P.O. Box 7296<br>San Francisco, CA 94120-7296<br>Tel: (415) 673-4800<br>Fax: (415) 771-5845<br>w.veen@veenfirm.com<br>Co-Counsel for Plaintiffs |

Respectfully submitted:

Date: March 14, 2011

/s/ Robert B. Abel, Jr., Esq.
Robert B. Abel, Jr., Esq.
Attorney for Plaintiffs