William L. Veen, S.B. # 043150
The Veen Firm, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Tel: (415) 673-4800
Fax: (415) 771-5845
w.veen@veenfirm.com

Robert B. Abel, Jr., S.B. # 141405
Law Offices of Robert B. Abel, Jr.
The Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, CA 94104
Tel: (415) 461-5400
Fax: (415) 439-8853
info@abellaw.net

Attorneys for Plaintiffs
RUTHELLEN HARRIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF ROBERT JEAN HARRIS, HEATHER HARRIS, JAMIE HARRIS AND GREG HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHELLEN HARRIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF ROBERT JEAN HARRIS, HEATHER HARRIS, JAMIE HARRIS AND GREG HARRIS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION, WAREHOUSE DEMO SERVICES, INC., CARGILL MEAT SOLUTIONS CORPORATION, FRESH CHOICE INTERNATIONAL, LLC, QUANTUM FOODS, LLC and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: 10-CV-04626 CW<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE**<br><br><br><br>**Trial Date:**　June 4, 2012<br>**Dept.:**　Courtroom 2 (4th Floor)<br>**Judge:**　Honorable Claudia Wilken |

STIPULATION TO CONTINUE MEDIATION DEADLINE

-1-

Pursuant to the Parties' June 7, 2011 telephone conference with ADR Program Director Howard A. Herman, the Parties agree to continue the mediation deadline by 120 days. The original mediation deadline was scheduled for June 20, 2011. The Parties agree and stipulate to continue the mediation deadline to October 19, 2011.

It is hereby STIPULATED by and between counsel for the respective parties in the above-entitled action that:

- The presently-scheduled deadline for mediation of June 20, 2011 shall be vacated and extended 120 days.
- The new deadline for mediation of this matter shall be scheduled for October 19, 2011.

Dated: June 20, 2011     **LAW OFFICES OF ROBERT B. ABEL, JR.**

By:   /s/ Robert B. Abel, Jr.
      Robert B. Abel, Jr.
      Attorney for Plaintiffs
      RUTHELLEN HARRIS

Dated: _____     **CROSBY & ROWELL LLP**

By:   _____
      Thomas C. Crosby
      Attorney for Defendant
      COSTCO WHOLESALE CORPORATION

Dated: _____     **LAW OFFICES OF JEFFREY F. PACCASSI**

By:   _____
      James F. Waite
      Attorney for Defendant
      WAREHOUSE DEMO SERVICES, INC.

STIPULATION TO CONTINUE MEDIATION DEADLINE

1  Pursuant to the Parties' June 7, 2011 telephone conference with ADR Program Director
2  Howard A. Herman, the Parties agree to continue the mediation deadline by 120 days. The
3  original mediation deadline was scheduled for June 20, 2011. The Parties agree and stipulate
4  to continue the mediation deadline to October 19, 2011.

5  It is hereby STIPULATED by and between counsel for the respective parties in the
6  above-entitled action that:

- The presently-scheduled deadline for mediation of June 20, 2011 shall be vacated and extended 120 days.
- The new deadline for mediation of this matter shall be scheduled for October 19, 2011.

Dated: June 20, 2011                    **LAW OFFICES OF ROBERT B. ABEL, JR.**

By:    /s/ Robert B. Abel, Jr.
       Robert B. Abel, Jr.
       Attorney for Plaintiffs
       RUTHELLEN HARRIS

Dated: June 21, 2011                    **CROSBY & ROWELL LLP**

By:    _____
       Thomas C. Crosby
       Attorney for Defendant
       COSTCO WHOLESALE CORPORATION

Dated: _____          **LAW OFFICES OF JEFFREY F. PACCASSI**

By:    _____
       James F. Waite
       Attorney for Defendant
       WAREHOUSE DEMO SERVICES, INC.

STIPULATION TO CONTINUE MEDIATION DEADLINE

-2-

1  Pursuant to the Parties' June 7, 2011 telephone conference with ADR Program Director
2  Howard A. Herman, the Parties agree to continue the mediation deadline by 120 days. The
3  original mediation deadline was scheduled for June 20, 2011. The Parties agree and stipulate
4  to continue the mediation deadline to October 19, 2011.

5  It is hereby STIPULATED by and between counsel for the respective parties in the
6  above-entitled action that:

- The presently-scheduled deadline for mediation of June 20, 2011 shall be vacated and extended 120 days.
- The new deadline for mediation of this matter shall be scheduled for October 19, 2011.

Dated: June 20, 2011                    **LAW OFFICES OF ROBERT B. ABEL, JR.**

                                        By:  /s/ Robert B. Abel, Jr.
                                             Robert B. Abel, Jr.
                                             Attorney for Plaintiffs
                                             RUTHELLEN HARRIS

Dated: _____                   **CROSBY & ROWELL LLP**

                                        By: _____
                                            Thomas C. Crosby
                                            Attorney for Defendant
                                            COSTCO WHOLESALE CORPORATION

Dated: /&/24/11                         **LAW OFFICES OF JEFFREY F. PACCASSI**

                                        By: _____
                                            James F. Waite
                                            Attorney for Defendant
                                            WAREHOUSE DEMO SERVICES, INC.

STIPULATION TO CONTINUE MEDIATION DEADLINE

-2-

| | |
|---|---|
| 1  Dated: 6/24/2011 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 2 | |
| 3 | By: _/s/ Jane A. Corning_ |
| 4 | ~~Christopher J. Nevis~~ Jane A. Corning, Esq. |
| 5 | Attorney for Defendant |
|   | CARGILL MEAT SOLUTIONS |
| 6 | CORPORATION |
| 7 | |
| 8  Dated: _____ | **WENDLAND UTZ, LTD.** |
| 9 | |
| 10 | By: _____ |
| 11 | Jerrie Hayes |
|    | Attorney for Defendant |
| 12 | FRESH CHOICE INTERNATIONAL, LLC |
| 13 | |
| 14  Dated: _____ | **THE TUCKER FIRM, LLC** |
| 15 | |
| 16 | By: _____ |
| 17 | Debra Tucker |
|    | Attorney for Defendant |
|    | QUANTUM FOODS, LLC |

STIPULATION TO CONTINUE MEDIATION DEADLINE

-3-

| | |
|---|---|
| 1  Dated: _____ | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 2 | |
| 3 | By: _____ |
| 4 | Christopher J. Nevis |
| 5 | Attorney for Defendant<br>CARGILL MEAT SOLUTIONS<br>CORPORATION |
| 6 | |
| 7 | |
| 8  Dated: June 20, 2011 | **WENDLAND UTZ, LTD.** |
| 9 | |
| 10 | By: _/s/ Jerrie M. Hayes_ |
| 11 | Jerrie Hayes<br>Attorney for Defendant<br>FRESH CHOICE INTERNATIONAL, LLC |
| 12 | |
| 13 | |
| 14  Dated: _____ | **THE TUCKER FIRM, LLC** |
| 15 | |
| 16 | By: _____ |
| 17 | Debra Tucker<br>Attorney for Defendant<br>QUANTUM FOODS, LLC |

Dated: _____  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____
Christopher J. Nevis
Attorney for Defendant
CARGILL MEAT SOLUTIONS
CORPORATION

Dated: _____  **WENDLAND UTZ, LTD.**

By: _____
Jerrie Hayes
Attorney for Defendant
FRESH CHOICE INTERNATIONAL, LLC

Dated: June 20, 2011  **THE TUCKER FIRM, LLC**

By: *Debra Tucker /sl*
Debra Tucker
Attorney for Defendant
QUANTUM FOODS, LLC

**IT IS SO ORDERED**
*Claudia Wilken*
Judge Claudia Wilken

cc: ADR

STIPULATION TO CONTINUE MEDIATION DEADLINE

-3-