THOMAS C. CROSBY (SBN: 99516)
WILLIAM B. ROWELL (SBN 178587)
AMY M. KIMMEL (SBN: 215195)
CROSBY & ROWELL LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA 94607
Telephone: (510) 267-0300
Facsimile: (510) 839-6610

Attorneys for Defendant

COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHELLEN HARRIS, individually and as personal representative to ROBERT JEAN HARRIS, HEATHER HARRIS, JAMIE HARRIS and GREG HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, WAREHOUSE DEMO SERVICES, INC., CARGILL MEAT SOLUTIONS CORPORATION, FRESH CHOICE INTERNATIONAL, LLC AND DOES 1-100, inclusive,.<br><br>Defendants. | Case No. CV10-4626 (CW) |

**STIPULATION AND ORDER RE: DISMISSAL OF COSTCO WHOLESALE'S CROSS-CLAIMS AGAINST FRESH CHOICE INTERNATIONAL, LLC AND CARGILL MEAT SOLUTIONS CORPORATION ONLY**

IT IS HERBY STIPULATED by and between all parties that Costco Wholesale Corporation dismisses its cross-claims against Fresh Choice International, LLC and Cargill Meat Solutions Corporation <u>only</u> without prejudice in exchange for a mutual waiver of costs.

1

1  Dated: August 8, 2011                CROSBY & ROWELL LLP

2                                       By: /s/
3                                       Amy M. Kimmel
                                        Attorneys for Defendant
4                                       Costco Wholesale Corporation

5
6  Dated: August __, 2011               LEWIS BRISBOIS BISGAARD & SMITH LLP

7                                       By:_____
                                        Jane A. Corning
                                        Attorneys for Defendant
8                                       Cargill Meat Solutions Corporation

9

10 Dated: August __, 2011               SHEPPARD MULLIN RICHTER &
                                        HAMPTON LLP
11
12                                      By:_____
                                        Steven H. Winick,
                                        Attorneys for Defendant
13                                      Fresh Choice International, LLC

14

15 Dated: August __, 2011               LAW OFFICE OF ROBERT B. ABLE, JR.

16                                      By:_____
                                        Robert B. Abel
17                                      Attorneys for Plaintiffs
                                        Ruthellen Harris, et al.
18

19
   Dated: August __, 2011               THE TUCKER FIRM, LLC
20
21                                      By:_____
                                        Debra Tucker
                                        Attorneys for Defendant
22                                      Quantum Foods, LLC

23
   Dated: August __, 2011               LAW OFFICE OF JEFFREY F. PACCASSO
24
25                                      By:_____
                                        James F. Waite
                                        Attorneys for Defendant
26                                      Warehouse Demo Services, Inc.

27
28

Crosby & Rowell LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA 94607

| | | |
|---|---|---|
| 1 | Dated: August 8, 2011 | CROSBY & ROWELL LLP |
| 2 | | By: /s/ |
| 3 | | Amy M. Kimmel<br>Attorneys for Defendant<br>Costco Wholesale Corporation |
| 4 | | |
| 5 | Dated: August 8, 2011 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 6 | | By: /s/ |
| 7 | | Jane A. Corning<br>Attorneys for Defendant<br>Cargill Meat Solutions Corporation |
| 8 | | |
| 9 | | |
| 10 | Dated: August __, 2011 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 11 | | |
| 12 | | By:_____<br>Steven H. Winick,<br>Attorneys for Defendant<br>Fresh Choice International, LLC |
| 13 | | |
| 14 | | |
| 15 | Dated: August __, 2011 | LAW OFFICE OF ROBERT B. ABLE, JR. |
| 16 | | By:_____<br>Robert B. Abel<br>Attorneys for Plaintiffs<br>Ruthellen Harris, et al. |
| 17 | | |
| 18 | | |
| 19 | Dated: August __, 2011 | THE TUCKER FIRM, LLC |
| 20 | | |
| 21 | | By:_____<br>Debra Tucker<br>Attorneys for Defendant<br>Quantum Foods, LLC |
| 22 | | |
| 23 | Dated: August __, 2011 | LAW OFFICE OF JEFFREY F. PACCASSO |
| 24 | | |
| 25 | | By:_____<br>James F. Waite<br>Attorneys for Defendant<br>Warehouse Demo Services, Inc. |
| 26 | | |
| 27 | | |
| 28 | | |

Crosby & Rowell LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA 94607

| | |
|---|---|
| Dated: August 8, 2011 | CROSBY & ROWELL LLP<br><br>By: *[signature]*<br>Amy M. Kimmel<br>Attorneys for Defendant<br>Costco Wholesale Corporation |
| Dated: August __, 2011 | LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>By:_____<br>Jane A. Corning<br>Attorneys for Defendant<br>Cargill Meat Solutions Corporation |
| Dated: August 22, 2011 | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>By: *[signature]*<br>Steven H. Winick,<br>Attorneys for Defendant<br>Fresh Choice International, LLC |
| Dated: August __, 2011 | LAW OFFICE OF ROBERT B. ABLE, JR.<br><br>By:_____<br>Robert B. Abel<br>Attorneys for Plaintiffs<br>Ruthellen Harris, et al. |
| Dated: August __, 2011 | THE TUCKER FIRM, LLC<br><br>By:_____<br>Debra Tucker<br>Attorneys for Defendant<br>Quantum Foods, LLC |
| Dated: August __, 2011 | LAW OFFICE OF JEFFREY F. PACCASSO<br><br>By:_____<br>James F. Waite<br>Attorneys for Defendant<br>Warehouse Demo Services, Inc. |

Crosby & Rowell LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA 94607

| | | |
|---|---|---|
| 1 | Dated: August 8, 2011 | CROSBY & ROWELL LLP |
| 2 | | By: _____ |
| 3 | | Amy M. Kimmel<br>Attorneys for Defendant |
| 4 | | Costco Wholesale Corporation |
| 5 | | |
| 6 | Dated: August __, 2011 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 7 | | By:_____<br>Jane A. Corning |
| 8 | | Attorneys for Defendant<br>Cargill Meat Solutions Corporation |
| 9 | | |
| 10 | Dated: August __, 2011 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 11 | | |
| 12 | | By:_____<br>Steven H. Winick, |
| 13 | | Attorneys for Defendant<br>Fresh Choice International, LLC |
| 14 | | |
| 15 | Dated: August 2, 2011 | LAW OFFICE OF ROBERT B. ABLE, JR. |
| 16 | | By: _____ |
| 17 | | Robert B. Abel<br>Attorneys for Plaintiffs |
| 18 | | Ruthellen Harris, et al. |
| 19 | Dated: August __, 2011 | THE TUCKER FIRM, LLC |
| 20 | | |
| 21 | | By:_____<br>Debra Tucker |
| 22 | | Attorneys for Defendant<br>Quantum Foods, LLC |
| 23 | | |
| 24 | Dated: August __, 2011 | LAW OFFICE OF JEFFREY F. PACCASSO |
| 25 | | By:_____<br>James F. Waite |
| 26 | | Attorneys for Defendant<br>Warehouse Demo Services, Inc. |

Crosby & Rowell LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA 94607

| | |
|---|---|
| Dated: August 8, 2011 | CROSBY & ROWELL LLP<br><br>By: _____<br>Amy M. Kimmel<br>Attorneys for Defendant<br>Costco Wholesale Corporation |
| Dated: August ___, 2011 | LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>By: _____<br>Jane A. Corning<br>Attorneys for Defendant<br>Cargill Meat Solutions Corporation |
| Dated: August ___, 2011 | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>By: _____<br>Steven H. Winick,<br>Attorneys for Defendant<br>Fresh Choice International, LLC |
| Dated: August ___, 2011 | LAW OFFICE OF ROBERT B. ABLE, JR.<br><br>By: _____<br>Robert B. Abel<br>Attorneys for Plaintiffs<br>Ruthellen Harris, et al. |
| Dated: August 8, 2011 | THE TUCKER FIRM, LLC<br><br>By: _____<br>Debra Tucker<br>Attorneys for Defendant<br>Quantum Foods, LLC |
| Dated: August ___, 2011 | LAW OFFICE OF JEFFREY F. PACCASSO<br><br>By: _____<br>James F. Waite<br>Attorneys for Defendant<br>Warehouse Demo Services, Inc. |

Crosby & Rowell LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA 94607

-2-
Stipulation and Order re: Dismissal of Defendant Costco Wholesale Corporation's Cross-Claims against Fresh Choice International, LLC and Cargill Meat Solutions Corporation ONLY

| | | |
|---|---|---|
| 1 | Dated: August 8, 2011 | CROSBY & ROWELL LLP |
| 2 | | By:_____ |
| 3 | | Amy M. Kimmel<br>Attorneys for Defendant |
| 4 | | Costco Wholesale Corporation |
| 5 | | |
| 6 | Dated: August ___, 2011 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 7 | | By:_____<br>Jane A. Corning |
| 8 | | Attorneys for Defendant<br>Cargill Meat Solutions Corporation |
| 9 | | |
| 10 | Dated: August ___, 2011 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 11 | | |
| 12 | | By:_____<br>Steven H. Winick, |
| 13 | | Attorneys for Defendant<br>Fresh Choice International, LLC |
| 14 | | |
| 15 | Dated: August ___, 2011 | LAW OFFICE OF ROBERT B. ABLE, JR. |
| 16 | | By:_____<br>Robert B. Abel |
| 17 | | Attorneys for Plaintiffs<br>Ruthellen Harris, et al. |
| 18 | | |
| 19 | Dated: August ___, 2011 | THE TUCKER FIRM, LLC |
| 20 | | |
| 21 | | By:_____<br>Debra Tucker |
| 22 | | Attorneys for Defendant<br>Quantum Foods, LLC |
| 23 | Dated: August __, 2011 | LAW OFFICE OF JEFFREY F. PACCASSO |
| 24 | | |
| 25 | | By:_____<br>James E. Waite |
| 26 | | Attorneys for Defendant<br>Warehouse Demo Services, Inc. |

Crosby & Rowell LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA 94607

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT COSTCO WHOLESALE CORPORATION'S CROSS-CLAIMS AGAINST FRESH CHOICE INTERNATIONAL, LLC AND CARGILL MEAT SOLUTIONS CORPORATION <u>ONLY</u> ARE DISMISSED WITHOUT PREJUDICE.  EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: AUGUST 23, 2011

_____
Honorable Claudia Wilken