1  David F. Beach, Esq.  (SBN: 127135)
   Oscar A. Pardo, Esq.   (SBN: 249955)
2  PERRY, JOHNSON, ANDERSON,
   MILLER & MOSKOWITZ, LLP
3  438 1st Street, 4th Floor
   Santa Rosa, California 95401
4  Telephone: (707) 525-8800
   Facsimile: (707) 545-8242
5

6  James F. Waite, Esq. (SBN: 078475)
   LAW OFFICES OF JEFFREY F.
7  PACCASSI
   555 Mission Street, Suite 320
8  San Francisco, CA 94105
   Direct Line:    415-932-7223
9  Telephone:     415-932-7200
   Facsimile:     415-932-7260
10 james.waite@cna.com

11 Attorneys for Defendant
   WAREHOUSE DEMO SERVICES,
12 INC.

13              UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA-OAKLAND

| | |
|---|---|
| RUTHELLEN HARRIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF ROBERT JEAN HARRIS, HEATHER HARRIS, AND GREG HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, WAREHOUSE DEMO SERVICES, INC., AND DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. CV-10-04626CW<br><br>**STIPULATION TO CONTINUE MEDIATION AND DISCOVERY DEADLINES**<br><br>Complaint Filed:           October 13, 2010<br>Cross-Complaint Filed:  February 3, 2011<br>Trial Date:                    June 4, 2012 |

Pursuant to the Parties' October 20, 2011 telephone conference, the Parties agree to continue the mediation and other discovery-related deadlines in the manner outlined below.

It is hereby STIPULATED by and between counsel for the respective parties in the above-entitled action that the following New Dates will apply only to the various action items

1

listed below:

| Action Item | Current Date | New Date |
|---|---|---|
| • Mediation | October 19, 2011 | January 31, 2012 |
| • Expert Disclosures | November 1, 2011 | February 1, 2012 |
| • Rebuttal Expert Disclosures | December 1, 2011 | March 1, 2012 |
| • Completion of Non-Expert Discovery |  | May 4, 2012 |
| • Completion of Expert Discovery |  | May 18, 2012 |

DATED: October   , 2011        By:   PERRY, JOHNSON, ANDERSON,
                                     MILLER & MOSKOWITZ, LLP

                                     _____
                                     DAVID F. BEACH, ESQ.
                                     OSCAR A. PARDO, ESQ.
                                     Attorneys for Defendant
                                     WAREHOUSE DEMO SERVICES,
                                     INC.

DATED: October 21, 2011        By:   THE LAW OFFICES OF ROBERT B.
                                     ABEL, JR.

                                     _____
                                     ROBERT B. ABEL, JR
                                     Attorney for Plaintiffs
                                     RUTHELLEN HARRIS, et. al.,

DATED: October   , 2011        By:   CROSBY & ROWELL, LLP


                                     _____
                                     AMY M. KIMMEL
                                     Attorneys for Defendant
                                     COSTCO WHOLESALE
                                     CORPORATION

listed below:

| Action Item | Current Date | New Date |
|---|---|---|
| Mediation | October 19, 2011 | January 31, 2012 |
| Expert Disclosures | November 1, 2011 | February 1, 2012 |
| Rebuttal Expert Disclosures | December 1, 2011 | March 1, 2012 |
| Completion of Non-Expert Discovery | | May 4, 2012 |
| Completion of Expert Discovery | | May 18, 2012 |

DATED: October    , 2011          By:   PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP

_____
DAVID F. BEACH, ESQ.
OSCAR A. PARDO, ESQ.
Attorneys for Defendant
WAREHOUSE DEMO SERVICES, INC.

DATED: October    , 2011          By:   THE LAW OFFICES OF ROBERT B. ABEL, JR.

_____
ROBERT B. ABEL, JR
Attorney for Plaintiffs
RUTHELLEN HARRIS, et. al.,

DATED: October    , 2011          By:   CROSBY & ROWELL, LLP

_____
AMY M. KIMMEL
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**IT IS SO ORDERED**
*Claudia Wilken*
Judge Claudia Wilken
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

cc:ADR

STIPULATION TO CONTINUE MEDIATION AND DISCOVERY DEADLINES

2