WILLIAM L. VEEN, NO. 043150
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

ROBERT B. ABEL, JR., NO. 141405
LAW OFFICES OF ROBERT B. ABEL, JR.
The Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 461-5400
Facsimile: (415) 439-8853

ATTORNEYS FOR PLAINTIFFS
RUTHELLEN HARRIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF
ROBERT JEAN HARRIS, HEATHER HARRIS, JAMIE HARRIS AND GREG HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHELLEN HARRIS, individually and as personal representative of ROBERT JEAN HARRIS, HEATHER HARRIS, JAMIE HARRIS and GREG HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, WAREHOUSE DEMO SERVICES, INC., CARGILL MEAT SOLUTIONS CORPORATION, FRESH CHOICE INTERNATIONAL, LLC and DOES 1 – 100, inclusive,<br><br>Defendants. | CASE NO. CV-10-04628CW<br><br>**STIPULATION TO CHANGE TIME AND ORDER**<br><br>**Local Rule 6-2**<br><br>Complaint Filed:  October 13, 2010<br>Trial Date:         June 4, 2012 |

All parties agree to continue the hearing and briefing schedule on the separate motions for summary judgment of defendant Costco Wholesale Corporation ("Costco") and defendant Warehouse Demo Services Inc., ("WDS") by thirty (30) days, or such other date as is convenient for

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-1-

STIPULATION TO CHANGE TIME AND [~~PROPOSED~~] ORDER

1  the Court.

2  Defendant WDS filed its Motion on January 24, 2012 (Docket No. 87), with a hearing set for
3  March 1, 2012. Plaintiffs' opposition is due February 7, 2012, and WDS's reply is due February 14,
4  2012. Defendant Costco filed its Motion on January 26, 2012 (Docket No. 90), with a hearing date of
5  March 1, 2012. Plaintiffs' opposition is due February 9, 2012, Costco's reply is due February 16,
6  2012.

**A. LR 6-2(a)(1): The Reasons For The Requested Enlargement Or Shortening Of Time.**

The reasons for the proposed modifications are the inability of plaintiffs' counsel to prepare and file opposition briefs to the two motions due February 7 and 9, based on: (1) pre-paid previously scheduled out-of-state travel and depositions in the next two weeks; (2) that certain deposition transcripts required for the oppositions have not yet been finalized by the court reporters; (3) Plaintiffs noticed the deposition of WDS/Costco employee Tamika Grisez for July 20, 2011, December 7, 2011, and most recently, February 6, 2012. Plaintiff had difficulty locating and serving this former WDS employee; and (4) Plaintiffs took the deposition of WDS employee Deanna Gehrett on January 20, 2012. Based on that deposition, plaintiffs propounded new requests for documents on January 20, 2012, necessary to verify the time the various WDS employees worked on the accident date. WDS's responses are due on February 24, 2012.

**B. LR 6-2(a)(2): All Previous Time Modifications In The Case.**

The trial date and pretrial conference have never been modified. Previous time modifications in the case include changing deadlines for: (1) completion of mediation (from October 19, 2011 to January 31, 2012); (2) expert disclosures (from November 1, 2011, to February 1, 2012); (3) rebuttal experts (from December 1, 2011, to March 1, 2012); (4) completion of non-expert discovery (to May 4, 2012); (5) completion of expert discovery (to May 18, 2012).

**C. LR 6-2(a)(3): The Effect The Requested Time Modification Would Have On The Schedule For The Case.**

This requested time modification will have no effect on the schedule for the case.

Based on the foregoing, the parties respectfully request the Court continue the hearings and briefing schedule as set forth above.

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-2-
STIPULATION TO CHANGE TIME AND [~~PROPOSED~~] ORDER

Respectfully Submitted,

DATED: January 27, 2012                    THE VEEN FIRM, P.C.

By: _____/s/_____
    Anthony L. Label
    Attorneys for Plaintiffs

DATED: January 27, 2012                    PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP, LLP

By: _____/s/_____
    Oscar Pardo, Esq.
    Attorneys for Defendant Warehouse Demo Services, Inc.

DATED: January 27, 2012                    CROSBY & ROWELL, LLP

By: _____/s/_____
    Thomas C. Crosby, Esq.
    Amy M. Kimmel, Esq.
    Attorneys for Defendant Costco Wholesale Corporation

**Order:**

The hearings on Motions for Summary Judgment of Defendant Warehouse Demo Services, Inc., and Defendant Costco Wholesale Corporation, **and the further case management conference** are continued to April **5**, 2012, 2:00 p.m.. Oppositions are due March 9, 2012. Reply Briefs are due March 16, 2012. **This hearing date may not allow sufficient time for ruling on the motions before the pretrial preparations must begin, and thus may necessitate continuing the trial date.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January **30**, 2012           By: _____
    Hon. Claudia Wilken
    United Stated District Judge

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-3-

STIPULATION TO CHANGE TIME AND [~~PROPOSED~~] ORDER