WILLIAM L. VEEN, NO. 043150
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

ROBERT B. ABEL, JR., NO. 141405
LAW OFFICES OF ROBERT B. ABEL, JR.
The Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 461-5400
Facsimile: (415) 439-8853

ATTORNEYS FOR PLAINTIFFS
RUTHELLEN HARRIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF
ROBERT JEAN HARRIS, HEATHER HARRIS, JAMIE HARRIS AND GREG HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHELLEN HARRIS, individually and as personal representative of ROBERT JEAN HARRIS, HEATHER HARRIS, JAMIE HARRIS and GREG HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, WAREHOUSE DEMO SERVICES, INC., CARGILL MEAT SOLUTIONS CORPORATION, FRESH CHOICE INTERNATIONAL, LLC and DOES 1 – 100, inclusive,<br><br>Defendants. | CASE NO. CV-10-04626 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME ON PLAINTIFF'S MOTION TO CONTINUE TRIAL<br><br><br><br>Complaint Filed: October 13, 2010<br>Trial Date:     June 4, 2012 |

**[PROPOSED] ORDER**

All parties have stipulated and requested that the hearing on plaintiffs' Motion to Continue Trial be advanced to May 17, 2012 at 2:00 p.m. Pursuant to the parties' stipulation and good cause

-1-
STIPULATED REQUEST FOR ORDER CHANGING TIME ON PLAINTIFF'S MOTION TO CONTINUE
TRIAL; WAIVER OF OPPOSITION ON MOTION; AND STIPULATION TO CONTINUE TRIAL ONE WEEK

1  appearing, Plaintiff's Motion to Continue Trial will be heard on May 17, 2012 at 2:00 p.m.

2  Defendants waive Opposition to said motion.

3       IT IS SO ORDERED

4

5  DATED: May __14__, 2012         By: _____
                                     Hon. Claudia Wilken
6                                    United Stated District Judge

7  291456_1.doc

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-2-
STIPULATED REQUEST FOR ORDER CHANGING TIME ON PLAINTIFF'S MOTION TO CONTINUE TRIAL; WAIVER OF OPPOSITION ON MOTION; AND STIPULATION TO CONTINUE TRIAL ONE WEEK