IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUTHELLEN HARRIS, et al.,

    Plaintiffs,

  v.

COSTCO WHOLESALE CORP., et al.,

    Defendants.

_____/

No. C 10-04626 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES

On May 22, 2012, both parties consented to proceed before a United States Magistrate Judge in San Francisco and executed a consent form. Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for trial and the entry of a final judgment to a Magistrate Judge in San Francisco. Counsel shall be notified of the name of the assigned Judge. Counsel shall then contact the assigned Magistrate Judge immediately to set up a telephonic status conference to set dates. The assigned Magistrate Judge will set a trial date on or after June 11, 2012. The pretrial conference will proceed as scheduled before the undersigned.

Dated: 5/23/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef