IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUTHELLEN HARRIS, et al.,

    Plaintiffs,

  v.

COSTCO WHOLESALE CORP., et al.,

    Defendants.
_____/

No. C 10-04626 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE CORLEY UPON CONSENT

On May 24, 2012, both parties filed an amended consent, to proceed to trial before United States Magistrate Judge Corley. Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Corley. An eight day jury trial is set for June 18, 2012 before Judge Corley.

Dated: 5/24/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef