IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHELLEN HARRIS, et al., | Case No. 10-4626 JSC |
| Plaintiffs, | **ORDER RE: PROPOSED JUDGMENT** |
| v. | |
| COSTCO WHOLESALE CORP., et al., | |
| Defendants. | |

The Court has been advised that Plaintiffs and Defendant Warehouse Demo Services, Inc. have conditionally resolved their claims and that the October 29, 2012 trial date should be vacated. The Court is also in receipt of a proposed judgment from Defendant Costco Wholesale Corporation ("Costco") addressing Plaintiffs' claims against Costco. The Court notes, however, that Costco also had a cross-claim against Warehouse Demo Services, Inc. upon which it was granted summary judgment (Dkt. No. 105) and that claims against other defendants were dismissed on July 11, 2011 (Dkt. No. 72) and then these defendants were omitted from the Amended Complaint filed July 19, 2011 (Dkt. No. 74).

The Court intends to issue a single judgment which encompasses all claims not resolved by stipulation. Accordingly, defendant Costco is ordered to meet and confer with all parties and submit a

proposed judgment which addresses all the claims and parties that should be included in the judgment. The Court will file the judgment upon the expiration of the 30-day conditional dismissal filed October 1, 2012, unless the case is reopened during that period.

**IT IS SO ORDERED.**

Dated: October 2, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE