

THE VEEN FIRM, PC

*Trial Attorneys*
711 VAN NESS AVENUE, SUITE 220
SAN FRANCISCO, CA 94102
800.700.0787  Toll-Free
415.673.4800  Main
415.771.5845  Fax

*Mailing Address*
PO BOX 7296
SAN FRANCISCO, CA 94120-7296

WWW.VEENFIRM.COM

October 31, 2012

Calendar Clerk & Courtroom Deputy
Courtroom F – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Harris, Ruthellen, et al. v. Costco*
              Case No. *3:10-CV-04626-JSC*
              Our File No. 3991

Dear Court Clerk:

    The parties respectfully request the court to grant a 30-day extension of time in which to dismiss the above referenced case. A settlement has been reached between the parties and a release agreement is being prepared and will be circulated and finalized forthwith.

    Thank you for your courtesy and cooperation in this request. Please advise at your first opportunity.

Respectfully submitted,

/s/ ANTHONY L. LABEL

Anthony Label
Attorney for Plaintiffs
*Dictated But Not Read to Avoid Delay*



GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated:  October 31, 2012