

**THE VEEN FIRM, PC**

*Trial Attorneys*
711 VAN NESS AVENUE, SUITE 220
SAN FRANCISCO, CA 94102
800.700.0787  Toll-Free
415.673.4800  Main
415.771.5845  Fax

*Mailing Address*
PO BOX 7296
SAN FRANCISCO, CA 94120-7296

WWW.VEENFIRM.COM

November 29, 2012

Calendar Clerk & Courtroom Deputy
Courtroom F – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Harris, Ruthellen, et al. v. Costco*
      Case No. 3:10-CV-04626-JSC
      Our File No. 3991

Dear Court Clerk:

Settlement documents have been prepared and are still in the process of being signed by the various parties to the case. Finalization of the documents should occur within the next few days. Therefore, the parties respectfully request the court to grant an additional 30-day extension of time in which to dismiss the above referenced case.

Thank you for your courtesy and cooperation in this request. Please advise at your first opportunity.

Respectfully submitted,

/s/ ANTHONY L. LABEL

Anthony Label
Attorney for Plaintiffs



GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated:  November 30, 2012